UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,          :

                                                         :

                      Plaintiff,    :
      -against-

                                              :

SUFFOLK LAUNDRY SERVICES, INC.,

                                              :

                      Defendant.
_____X

**NOTICE OF APPEARANCE**

Docket No. 2012 CV 00409 (SJF) (ARL)

**PLEASE TAKE NOTICE** that Steven A. Feldman, Esq. of Meltzer, Lippe, Goldstein & Breitstone, LLP hereby appears on behalf of the Defendant in the above entitled action.

Dated: Mineola, New York
       May 9, 2012

                                                MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP

                                                By: __/s/ Steven A. Feldman_____
                                                    Steven A. Feldman (SF:2921)
                                                    Attorneys for Defendant
                                                    190 Willis Avenue
                                                    Mineola, New York 11501
                                                    (516) 747-0300

573310-1